UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBBIE J. BAILLIE,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C21-1418-SKV

AMENDED SCHEDULING ORDER AND ORDER TO SHOW CAUSE

       The Court previously entered a scheduling order directing the Commissioner to file a brief regardless of whether Plaintiff filed an opening brief, addressing specific issues gleaned from the complaint.  *See* Dkt. 18.  Plaintiff did not file an opening brief, and instead of filing a response brief as ordered, the Commissioner filed a motion to dismiss for failure to prosecute.  Dkt. 20.  This motion (Dkt. 20) does not comply with the Court's scheduling order and is hereby STRICKEN from the docket.

       Counsel for the Commissioner is ORDERED TO SHOW CAUSE no later than June 10, 2022, why she should not be sanctioned for failure to comply with the Court's scheduling order, particularly in light of counsel's failure to comply with the Court's instructions in another case as well.  *See* Order, *Michael S. v. Comm'r of Social Sec.*, Case No. 21-5559-SKV (W.D. Wash. Jun. 1, 2022), ECF No. 32.  Counsel for the Commissioner is also ORDERED to file a response brief in compliance with the Court's previous instructions (Dkt. 18), no later than June 10, 2022.

AMENDED SCHEDULING ORDER AND ORDER
TO SHOW CAUSE - 1

Plaintiff may file a reply brief no later than July 1, 2022.

The Clerk is directed to serve Plaintiff with this Order via USPS.

Dated this 2nd day of June, 2022.

S. KATE VAUGHAN
United States Magistrate Judge